**Order entered February 4, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01091-CR

### TASHA LEANA LOMOGLIO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-82533-2016**

## ORDER

The clerk's record, filed November 14, 2018, shows appellant is indigent and represented by appointed counsel. The reporter's record was due November 16, 2018. When it was not filed, we notified court reporter Karla Kimbrell by postcard dated November 20, 2018 and instructed her to file, by December 20, 2018 (1) the reporter's record, (2) written verification that no hearings were recorded, or (3) written verification that appellant has not requested the reporter's record. To date, the reporter's record has not been filed and we have had no communication from Ms. Kimbrell.

We **ORDER** court reporter Karla Kimbrell to file, **WITHIN FOURTEEN DAYS OF THE DATE OF THIS ORDER**, the complete reporter's record in these appeals. We caution Ms. Kimbrell that the failure to do so will result in the Court taking whatever remedies it has

available to ensure that the appeals proceed in a timely fashion, which may include ordering that she not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Benjamin Smith, Presiding Judge, 380th Judicial District Court; Karla Kimbrell, court reporter; and to counsel for all parties.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE